# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH G. CURTIS and ELIZABETH CURTIS,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-R10, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004, WITHOUT RECOURSE,<br><br>　　　　Defendants. | C. A. No. 1:08-cv-10488 |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT AMERIQUEST MORTGAGE COMPANY

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, defendant Ameriquest Mortgage Company hereby discloses that it is a wholly owned subsidiary of ACC Capital Holdings Corporation and that there is no publicly held company that owns 10% or more of Ameriquest's stock.

BOS-1180053 v1

      Respectfully Submitted,

      AMERIQUEST MORTGAGE COMPANY

      By its attorneys,

      /s/ Bradley C. Morin
      R. Bruce Allensworth (BBO #015820)
        bruce.allensworth@klgates.com
      Phoebe S. Winder (BBO #567103)
        phoebe.winder@klgates.com
      Bradley C. Morin (BBO #666559)
        brad.morin@klgates.com
      KIRKPATRICK & LOCKHART
        PRESTON GATES ELLIS LLP
      State Street Financial Center
      One Lincoln Street
      Boston, MA 02111
      (617) 261-3100

March 25, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that this **Corporate Disclosure Statement of Ameriquest Mortgage Company** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 25, 2008.

      /s/ Bradley C. Morin
      Bradley C. Morin