**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JOSEPH G. CURTIS and ELIZABETH CURTIS,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-R10, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004, WITHOUT RECOURSE,<br><br>    Defendants. | C. A. No. 1:08-cv-10488 |

**CORPORATE DISCLOSURE STATEMENT OF**
**DEFENDANT DEUTSCHE BANK, AS TRUSTEE**

Pursuant to Federal Rule of Civil Procedure 7.1, and Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, defendant Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset-Backed Pass Through Certificates Series 2004-R10, under the Pooling and Servicing Agreement dated as of October 1, 2004, Without Recourse, ("Deutsche Bank, as Trustee"), hereby discloses that it is a wholly-owned indirect subsidiary of Deutsche Bank AG and that there is no publicly held company that owns 10% or more of Deutsche Bank, as Trustee's stock.

BOS-1180054 v1

Respectfully Submitted,

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-R10, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004, WITHOUT RECOURSE,

By its attorneys,

/s/ Bradley C. Morin
R. Bruce Allensworth (BBO #015820)
   bruce.allensworth@klgates.com
Phoebe S. Winder (BBO #567103)
   phoebe.winder@klgates.com
Bradley C. Morin (BBO #666559)
   brad.morin@klgates.com
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

March 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this **Corporate Disclosure Statement of Defendant Deutsche Bank, as Trustee** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on March 25, 2008.

/s/ Bradley C. Morin
Bradley C. Morin