# Commonwealth of Massachusetts
## County of Barnstable
## The Superior Court

CIVIL DOCKET# **BACV2008-00175**

Joseph G Curtis, Elizabeth Curtis, Plaintiffs
vs.
Ameriquest Mortgage Company, Deutsche Bank National Trust Company Trustee, Defendants

## SUMMONS AND ORDER OF NOTICE

To the above-named:
    You are hereby summoned and required to serve upon **Matthew J Dunn, Esquire**, plaintiff's attorney, whose address is **15 Broad Street, Suite 512 Boston, MA 02109, ,** , an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at Barnstable either before service upon plaintiff's attorney or within a reasonable time thereafter.

    Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

    **WE ALSO NOTIFY YOU** that application has been made in said action, as appears in the complaint, for a preliminary injunction and that a hearing upon such application will be held at the court house at said Barnstable County Superior Court, in Barnstable on **03/11/2008, at 02:00 PM,**
at which time you may appear and show cause why such application should not be granted.

    **Witness, Barbara J. Rouse,** Esquire, Chief Justice of the Superior Court, at Barnstable, Massachusetts this 4th day of March, 2008.

*[signature]*
Clerk Magistrate

**(AFFIX RETURN OF SERVICE ON BACK OF SUMMONS)**

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

cvcsumornot_2.wpd 71974 hrgpin higginbo

Shawn O'Malley being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That Affiant received the Summons and Order of NOtice on March 6, 2008 and served the same on March 7, 2008 by serving the Defendant DEUTSHE BANK NATIONAL TRUST COMPANY TRUSTEE, BY delivering and leaving a copy at 1761 East Street, Andrew Place, Santa Ana, California 92705. With Suzanne Patton, person authorized to accept service of Process.

State of California

County of _____

Subscribed and sworn before me

this _____ day of _____ 2008

_____
Notary Public in and for
said County and State


_____
signature of person making service

Shawn O'Malley being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. That Affiant received the Summons and Order of NOtice on March 6, 2008 and served the same on March 7, 2008 by serving the Defendant DEUTSHE BANK NATIONAL TRUST COMPANY TRUSTEE, BY delivering and leaving a copy at 1761 East Street, Andrew Place, Santa Ana, California 92705. With Suzanne Patton, person authorized to accept service of Process.

State of California

County of Riverside

Subscribed and sworn before me this 21st day of March 2008

_Vicki Sievers_
Notary Public in and for
said County and State

_[signature]_
signature of person making service

VICKI SIEVERS
Commission # 1503704
Notary Public - California
Riverside County
My Comm. Expires Jul 26, 2008