UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH G. CURTIS and ELIZABETH CURTIS,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-R10, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004, WITHOUT RECOURSE,<br><br>Defendants. | C. A. No. 1:08-cv-10488-WGY |

## LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned certify that, pursuant to D. Mass. L.R. 16.1(D)(3), they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Phoebe S. Winder
Counsel for Defendants

_____
Eileen Driscoll Rubens
Senior Counsel

Dated: April 28, 2008

BOS-1201183 v1

## CERTIFICATE OF SERVICE

      I hereby certify that this **Local Rule 16.1(D)(3) Certification** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on April 28, 2008.

      /s/ Bradley C. Morin
      Bradley C. Morin