UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH G. CURTIS and ELIZABETH CURTIS,<br><br>      Plaintiffs,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY and<br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-R10, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004, WITHOUT RECOURSE,<br><br>      Defendants. | C. A. No. 1:08-cv-10488-WGY |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF BRADLEY C. MORIN

Kindly withdraw the appearance of Bradley C. Morin on behalf of defendant Ameriquest Mortgage Company ("Ameriquest") and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset-Backed Pass Through Certificates Series 2004-R10, under the Pooling and Servicing Agreement dated as of October 1, 2004, Without Recourse, ("Deutsche Bank, as Trustee") (collectively, "Defendants").  R. Bruce Allensworth (BBO# 015820) and Phoebe S. Winder (BBO #567103) of Kirkpatrick & Lockhart Preston Gates Ellis LLP continue to represent Ameriquest and Deutsche Bank, as Trustee in this matter.  Counsel for Defendants request receipt of notice of court filings in this matter by the Case Management / Electronic Filing System.

Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY
And DEUTSCHE BANK NATIONAL
TRUST COMPANY, AS TRUSTEE OF
AMERIQUEST MORTGAGE SECURITIES,
INC. ASSET-BACKED PASS THROUGH
CERTIFICATES SERIES 2004-R10,
UNDER THE POOLING AND SERVICING
AGREEMENT DATED AS OF OCTOBER
1, 2004, WITHOUT RECOURSE

By its attorneys,

/s/ Bradley C. Morin
R. Bruce Allensworth (BBO #015820)
    bruce.allensworth@klgates.com
Phoebe S. Winder (BBO #567103)
    phoebe.winder@klgates.com
Bradley C. Morin (BBO #666559)
    brad.morin@klgates.com
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

May 29, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that this **Notice of Withdrawal of Appearance of Bradley C. Morin** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non registered participants on May 29, 2008.

                              /s/ Bradley C. Morin
                              Bradley C. Morin