**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| JOSEPH G. CURTIS and ELIZABETH CURTIS, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-R10, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004, WITHOUT RECOURSE, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

C. A. No. 1:08-cv-10488-WGY

## NOTICE OF APPEARANCE

David D. Christensen hereby gives notice of appearance as counsel for defendants Ameriquest Mortgage Company and Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc. Asset-Backed Pass Through Certificates Series 2004-R10, under the Pooling and Servicing Agreement dated as of October 1, 2004, Without Recourse.

.

- 2 -

        Respectfully Submitted,

        AMERIQUEST MORTGAGE COMPANY and DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE OF AMERIQUEST MORTGAGE SECURITIES, INC. ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2004-R10, UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF OCTOBER 1, 2004, WITHOUT RECOURSE

        By their attorneys,

        /s/ David D. Christensen_____
R. Bruce Allensworth (BBO #015820)
   bruce.allensworth@klgates.com
Phoebe S. Winder (BBO #567103)
   phoebe.winder@klgates.com
Andrew C. Glass (BBO #638362)
   andrew.glass@klgates.com
David D. Christensen (BBO #666401)
   david.christensen@klgates.com
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: June 17, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that this *Notice of Appearance* filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 17, 2008.

      /s/ David D. Christensen
      David D. Christensen