# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

August 11, 2008

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1715 -- IN RE: Ameriquest Mortgage Co. Mortgage Lending Practices Litigation

(See Attached CTO-48)

Dear Mr. Dobbins:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 24, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Tanisha Spinner
Tanisha Spinner
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Marvin E. Aspen
    Transferor Judges: Judge Sonja Faye Bivins; Judge Kristi K. DuBose; Judge William G. Young
    Transferor Clerks: Charles R. Diard, Jr.; Sarah Thornton

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 4 2008

FILED
CLERK'S OFFICE

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION

MDL No. 1715

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-48)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 325 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                MDL No. 1715

## SCHEDULE CTO-48 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
  ALS  1  08-360        Johnathon Dungan, et al. v. Ameriquest Mortgage Co., et al.
  ALS  1  08-405        Joseph Abruscato, et al. v. Ameriquest Mortgage Co., et al.

MASSACHUSETTS
  MA  1  08-10488      Joseph G. Curtis, et al. v. Ameriquest Mortgage Co., et al.

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENGTH PRACTICES LITIGATION  MDL No. 1715

## INVOLVED COUNSEL LIST (CTO-48)

Matthew J. Dunn
DUNN LAW FIRM
15 Broad Street
Fifth Floor
Boston, MA 02108

Andrew C. Glass
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

Bernard E. LeSage
BUCHALTER NEMER PC
1000 Wilshire Blvd.
Suite 1500
Los Angeles, CA 90017-2457

Marvin Allen Miller
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

Bradley C. Morin
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950

James Donnie Patterson
P.O. Box 969
Fairhope, AL 36533

Kenneth J. Riemer
166 Government Street
Suite 100
Mobile, AL 36602

Dominic J. Rizzi
FAUCHER & CAFFERTY
30 N. LaSalle Street
Suite 3200
Chicago, IL 60602

William H. Robertson V
BEASLEY ALLEN CROW METHVIN
PORTIS & MILES PC
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Thomas J. Wiegand
WINSTON & STRAWN LLP
35 West Wacker Drive, 45th Floor
Chicago, IL 60601