

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS                                                                                    312-435-5698

August 12, 2008

Sarah Allison Thornton, Clerk of Court
Massachusetts District Court
United States Courthouse Suite 2300\\
One Courthouse Way
Boston, MA 02210-3002

Dear Clerk

**Re: MDL 1715 -- In re: " Ameriquest Mortgage Co. Mortgage Lending Practices Litigation "**

Your case number: 1 08-10488 Joseph G Curtis et al. vs Ameriquest Mortgage Co. et al.

Our case number:   **08 cv 4549**   - Northern District of Illinois

Dear Clerk:

Enclosed is a certified copy of the Conditional Transfer Order from the Judicial Panel on Multidistrict Litigation (MDL Panel) transferring the above-entitled action to the Northern District of Illinois, Eastern Division, where it has been directly assigned Judge Marvin E. Aspen .

Upon entry of this letter and the MDL CTO, please electronically transmit your court file to the United States District Court, Northern District of Illinois.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:   Willie A. Haynes
      Supervisor in Operations

Case 1:08-cv-04549     Document 25     Filed 08/13/2008     Page 2 of 2

Inasmuch as no objection is pending at this time, the stay is lifted.

AUG 1 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 2 4 2008

FILED
CLERK'S OFFICE
CEM

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

FILED: AUGUST 11, 2008
08CV4549
JUDGE ASPEN

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION**

MDL No. 1715

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-48)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 325 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.



A CERTIFIED TRUE COPY

AUG 1 1 2008

ATTEST *[signature]*
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*[signature]*
Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: AUGUST 12, 2008

IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE
LENDING PRACTICES LITIGATION                                             MDL No. 1715

## SCHEDULE CTO-48 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA SOUTHERN
  ALS   1   08-360        Johnathon Dungan, et al. v. Ameriquest Mortgage Co., et al.  -  08CV4547
  ALS   1   08-405        Joseph Abruscato, et al. v. Ameriquest Mortgage Co., et al.  -  08CV4548

MASSACHUSETTS                                                                                     -  08CV4549
  MA    1   08-10488      Joseph G. Curtis, et al. v. Ameriquest Mortgage Co., et al.