# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:08–cv–10488–WGY

Curtis et al v. Ameriquest Mortgage Company et al
Assigned to: Judge William G. Young
Case in other court:   Barnstable County Superior Court, BACV2008–00175
Cause: 28:1332 Diversity–Notice of Removal

Date Filed: 03/25/2008
Date Terminated: 08/13/2008
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Joseph G. Curtis**  represented by  **Matthew J. Dunn**
The Dunn Law Group
15 Broad Street
Fifth Floor
Boston, MA 02108
617–725–0033
Fax: 617–725–0032
Email: mdunn@dunn–lawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Curtis**  represented by  **Matthew J. Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ameriquest Mortgage Company**  represented by  **Andrew C. Glass**
KLGates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111–2950
617–261–3107
Fax: 617–261–3175
Email: andrew.glass@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley C. Morin**
Bourque &Clegg, LLC
849 Main Street
P.O. Box 1068
Sanford, ME 04073–1068
207–324–4422
Fax: 207–324–9556
Email: bmorin@bourqueclegg.com

*TERMINATED: 06/13/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David D. Christensen**
K &L Gates LLP – MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111–2950
617–951–9077
Fax: 617–261–3175
Email: david.christensen@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phoebe Sears Winder**
KLGates LLP
1 Lincoln Street
State Street Financial Center
17th Floor
Boston, MA 02111
617–261–3196
Fax: 617–261–3175
Email: phoebe.winder@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bruce Allensworth**
K &L Gates LLP – MA
State Street Financial Center
One Lincoln Street
Boston, MA 02111–2950
617–261–3119
Fax: 617–261–3175
Email: bruce.allensworth@klgates.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deutsche Bank National Trust Company**
*as Trustee of Ameriquest Mortgage Securities, Inc. Asset–Backed Pass Through Certificates Series 2004–R10, under the Pooling and Servicing Agreement Dated as of October 1, 2004 without Recourse*

represented by **Andrew C. Glass**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley C. Morin**
(See above for address)
*TERMINATED: 06/13/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David D. Christensen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phoebe Sears Winder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Bruce Allensworth**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/25/2008 | Ï 1 | NOTICE OF REMOVAL by Ameriquest Mortgage Company from Barnstable County Superior Court, case number BACV2008–00175. ( Filing fee $ 350 receipt number 01010000000001899983) (Attachments: # 1 Exhibit A (part 1 of 3) State Court Documents, # 2 Exhibit A (part 2 of 3) State Court Documents, # 3 Exhibit A (part 3 of 3) State Court Documents, # 4 Exhibit B – Consent to Removal, # 5 Civil Cover Sheet, # 6 Civil Cover Sheet (Category Sheet))(Morin, Bradley) (Entered: 03/25/2008) |
| 03/25/2008 | Ï 2 | CORPORATE DISCLOSURE STATEMENT by Ameriquest Mortgage Company identifying Corporate Parent ACC Capital Holdings Corporation for Ameriquest Mortgage Company.. (Morin, Bradley) (Entered: 03/25/2008) |
| 03/25/2008 | Ï 3 | CORPORATE DISCLOSURE STATEMENT by Deutsche Bank National Trust Company, as Trustee identifying Corporate Parent Deutsche Bank AG for Deutsche Bank National Trust Company, as Trustee.. (Morin, Bradley) (Entered: 03/25/2008) |
| 03/25/2008 | Ï | ELECTRONIC NOTICE of Case Assignment. Judge William G. Young assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein (Patch, Christine) (Entered: 03/25/2008) |
| 03/25/2008 | Ï | Certified Copy of Notice of Removal Provided to Defense Counsel by mail (Patch, Christine) (Entered: 03/25/2008) |
| 04/01/2008 | Ï 4 | ANSWER to Complaint by Deutsche Bank National Trust Company.(Morin, Bradley) (Entered: 04/01/2008) |
| 04/01/2008 | Ï 5 | ANSWER to Complaint by Ameriquest Mortgage Company.(Morin, Bradley) (Entered: 04/01/2008) |
| 04/03/2008 | Ï 6 | STATE COURT Record. (Attachments: # 1 Exhibit A – State Court Record (1 of 8), # 2 Exhibit A – State Court Record (2 of 8), # 3 Exhibit A – State Court Record (3 of 8), # 4 Exhibit A – State Court Record (4 of 8), # 5 Exhibit A – State Court Record (5 of 8), # 6 Exhibit A – State Court Record (6 of 8), # 7 Exhibit A – State Court Record (7 of 8), # 8 Exhibit A – State Court Record (8 of 8))(Morin, Bradley) (Entered: 04/03/2008) |
| 04/04/2008 | Ï 7 | NOTICE of Scheduling Conference Scheduling Conference set for 5/5/2008 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) (Entered: 04/04/2008) |
| 04/04/2008 | Ï 8 | |

| | | |
|---|---|---|
| | | SUMMONS and Order of Notice (Barnstable Superior Court BAC2008–00175) as to Defendant Deutsche Bank National Trust Company – Trustee. (Paine, Matthew) (Entered: 04/07/2008) |
| 04/28/2008 | Ï 9 | JOINT STATEMENT re scheduling conference *Rule 26(f) Report of the Parties*. (Morin, Bradley) (Entered: 04/28/2008) |
| 04/28/2008 | Ï 10 | CERTIFICATE OF CONSULTATION *L.R. 16.1(D)(3)*. (Morin, Bradley) (Entered: 04/28/2008) |
| 05/05/2008 | Ï | Electronic Clerk's Notes for proceedings held before Judge William G. Young: Scheduling Conference held on 5/5/2008, The Court explains the requirements of the session. The Court inquires as to whether the parties want to proceed before a Magistrate Judge. The case is to go to ADR as of FEB., 2009( Final Pretrial Conference set for NO SOONER THAN 4/6/2009 02:00 PM before Judge William G. Young., Jury Trial set for RUNNING TRIAL LIST AS OF 5/4/2009 09:00 AM before Judge William G. Young.). (Smith, Bonnie) (Entered: 05/06/2008) |
| 05/07/2008 | Ï 11 | Judge William G. Young: ORDER entered. re 9 JOINT STATEMENT is SO ORDERED as the case management scheduling order. DISCOVERY DUE February 17, 2009 and DISPOSITIVE MOTIONS DUE January 31, 2009. (Paine, Matthew) (Entered: 05/07/2008) |
| 05/29/2008 | Ï 12 | NOTICE of Withdrawal of Appearance by Bradley C. Morin (Morin, Bradley) (Entered: 05/29/2008) |
| 06/09/2008 | Ï 13 | Assented to MOTION for Leave to File *Plaintiffs' First Amended Complaint* by Joseph G. Curtis, Elizabeth Curtis. (Attachments: # 1 Exhibit Proposed First Amended Complaint)(Dunn, Matthew) (Entered: 06/09/2008) |
| 06/17/2008 | Ï 14 | NOTICE of Appearance by Andrew C. Glass on behalf of Ameriquest Mortgage Company, Deutsche Bank National Trust Company (Glass, Andrew) (Entered: 06/17/2008) |
| 06/17/2008 | Ï 15 | NOTICE of Appearance by David D. Christensen on behalf of Ameriquest Mortgage Company, Deutsche Bank National Trust Company (Christensen, David) (Entered: 06/17/2008) |
| 07/11/2008 | Ï 16 | NOTICE of Change of Address or Firm Name by David D. Christensen (Christensen, David) (Entered: 07/11/2008) |
| 07/11/2008 | Ï 17 | Assented to MOTION for Leave to File *Amended Answers* by Ameriquest Mortgage Company, Deutsche Bank National Trust Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Christensen, David) (Entered: 07/11/2008) |
| 07/11/2008 | Ï 18 | Joint MOTION to Stay *Action Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation* by Ameriquest Mortgage Company, Deutsche Bank National Trust Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Christensen, David) (Entered: 07/11/2008) |
| 07/17/2008 | Ï | Judge William G. Young: Electronic ORDER entered granting 17 Assented to MOTION for Leave to File Amended Answers ; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 07/17/2008) |

| | | |
|---|---|---|
| 07/17/2008 | Ï | Judge William G. Young: Electronic ORDER entered granting 18 Joint MOTION to Stay Action Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation. (Paine, Matthew) (Entered: 07/17/2008) |
| 07/17/2008 | Ï 19 | AMENDED ANSWER to *Complaint and Affirmative Defenses* by Ameriquest Mortgage Company. (Christensen, David) (Entered: 07/17/2008) |
| 07/17/2008 | Ï 20 | AMENDED ANSWER to *Complaint and Affirmative Defenses* by Deutsche Bank National Trust Company. (Christensen, David) (Entered: 07/17/2008) |
| 07/21/2008 | Ï | Judge William G. Young: Electronic ORDER entered granting 13 Assented to MOTION for Leave to File Plaintiffs' First Amended Complaint; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include – Leave to file granted on (date of order)– in the caption of the document. (Paine, Matthew) (Entered: 07/21/2008) |
| 07/22/2008 | Ï 21 | Assented to AMENDED COMPLAINT against Ameriquest Mortgage Company, Deutsche Bank National Trust Company, filed by Joseph G. Curtis, Elizabeth Curtis.(Dunn, Matthew) (Entered: 07/22/2008) |
| 08/05/2008 | Ï 22 | ANSWER to 21 Amended Complaint by Ameriquest Mortgage Company.(Christensen, David) (Entered: 08/05/2008) |
| 08/05/2008 | Ï 23 | ANSWER to 21 Amended Complaint by Deutsche Bank National Trust Company.(Christensen, David) (Entered: 08/05/2008) |
| 08/13/2008 | Ï 24 | Copy of MDL Conditional Transfer Order number 48 in MDL Case 1715 received from the mdl panel.(Jones, Sherry) (Entered: 08/13/2008) |
| 08/13/2008 | Ï 25 | Case transferred to the District of Illinois (Northern) pursuant to Conditional Transfer Order entered by the MDL Panel. Case file electronically sent to the Clerk in that district. (Attachments: # 1 Certified Conditional Transfer Order) (Paine, Matthew) (Entered: 08/13/2008) |